UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
_____ DIVISION

IN RE: Deboia Kay Rankin  )  CHAPTER
                          )
                          )
                          )
DEBTOR                    )  NO.

**STATEMENT OF DEBTOR AS TO ASSISTANCE BY NON-ATTORNEY
IN REGARDS TO PREPARING AND FILING PETITION**

The above debtor hereby discloses the following information concerning assistance in connection with the filing of this bankruptcy case:

(✓) 1)   No assistance was provided.

( ) 2)   Name, address, social security number, and telephone number of person or firm who provided assistance:

_____
_____
_____
_____

3)   Amount paid for same: $_____

4)   Method of payment: _____
_____

5)   Balance due, if any: $_____

I declare under penalty of perjury that the foregoing information given in regards to assistance by non-attorney in the filing of this petition is true and correct to the best of my information and belief.

Executed at  Lynchburg VA
Executed on  8/28/06

_____
Debtor  [signature: Debora Kay Rankin]

_____
Joint Debtor

PROSE