UNITED STATES BANKRUPTCY COURT

WESTERN DISTRICT, LYNCHBURG DIVISION

MOTION TO EXTEND

CASE NUMBER: 06-61284

DEBTOR:

Debora Kay Rankin
1108 Ashley Dr.
Lynchburg, Va 24501

The undersigned debtor, hereby requests a 15 day extension to retain councel for the assistance of filing of bankruptcy schedules.

_Deborah Rankin_          9-11-2006
DEBTOR                    DATE

[Stamp: RECEIVED AND FILED AT LYNCHBURG, VIRGINIA, 2006 SEP 11 P 4:27, U.S. BANKRUPTCY COURT, BY DEPUTY CLERK]