**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION**

IN RE:  **DEBORA KAY RANKIN,**  : CASE NO. 06-61284
  **Debtor**  :

**MOTION TO VOLUNTARILY DISMISS CHAPTER 13 PLAN**

**COMES NOW,** Debora Kay Rankin, Debtor herein, individually and by counsel, and

move the Court as follows:

1. That the debtor desires to dismiss her Chapter 13 Plan in that she desires to pay her

debts outside of the plan.

**WHEREFORE,** Debtor prays that her Chapter 13 Bankruptcy be dismissed.


Dated: November 6, 2006   DEBORA KAY RANKIN

  By /s/T. Henry Clarke, IV
   Of Counsel

T. Henry Clarke, IV
Attorney for Debtor
311 West Main Street
Bedford, Virginia 24523
(540)587-9299


I acknowledge that the facts contained herein are true and correct to the best of my
knowledge.


  /s/Debora Kay Rankin
  DEBORA KAY RANKIN


CERTIFICATION

      I do hereby certify that I have this day mailed a true copy of the Motion to Dismiss Chapter 13 Plan to all creditors, trustees, and parties in interest.

November 6, 2006                          /s/T. Henry Clarke, IV
                                       T. HENRY CLARKE, IV