0514-3P-EPIE3P-00001399-7966

# United States Bankruptcy Court

For The
Lynchburg/Western District of Virginia

In Re: DEBORA KAY RANKIN  
      1108 ASHLEY DRIVE  
      LYNCHBURG, VA 24501

Case No.: 06-61284-WA1-13  
SS #1: XXX-XX-7213

## Trustee's Final Report

Case Filed On: August, 28, 2006    Plan Confirmed On:

Dismissed Prior To Confirmation

Total funds received and disbursed pursuant to the plan: $ 0.00    Detail of Disbursements below:

| Claim Number | Name of the Claimant | | Claimed by the Creditor | Allowed by the Court | To be paid Under Plan | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|---|
| 799 | T. HENRY CLARKE, IV | | 2,000.00 | 2,000.00 | 2,000.00 | 0.00 | 0.00 |
| | | Total Admin. | 2,000.00 | 2,000.00 | 2,000.00 | 0.00 | 0.00 |
| 103 | CITY OF LYNCHBURG | | None | None | 0.00 | 0.00 | 0.00 |
| | | Total Priority | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | DEBORA KAY RANKIN | | None | None | 0.00 | 0.00 | 0.00 |
| | | Total Refund | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 101 | COUNTRY CLUB VILLAS | | None | None | 0.00 | 0.00 | 0.00 |
| 102 | OPTION ONE MORTGAGE | | None | None | 0.00 | 0.00 | 0.00 |
| | | Total Secured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 104 | BRYANT TREE SERVICES | | None | None | 0.00 | 0.00 | 0.00 |
| 105 | CENTRA HEALTH | | None | None | 0.00 | 0.00 | 0.00 |
| 106 | CITY OF LYNCHBURG | | None | None | 0.00 | 0.00 | 0.00 |
| 107 | EXCEL TELECOMMUNCATIONS | | None | None | 0.00 | 0.00 | 0.00 |
| 108 | HELEN D. FLOWERS | | None | None | 0.00 | 0.00 | 0.00 |
| 109 | LAKE FOREST ANIMAL HOSPIT | | None | None | 0.00 | 0.00 | 0.00 |
| 110 | LYNCHBURG EMERGENCY PHYSI | | None | None | 0.00 | 0.00 | 0.00 |
| 111 | LYNCHBURG FAMILY PRACTICE | | None | None | 0.00 | 0.00 | 0.00 |
| 112 | LYNCHBURG MILLING COMPANY | | None | None | 0.00 | 0.00 | 0.00 |
| 113 | NEXTEL PARTNERS, INC | | None | None | 0.00 | 0.00 | 0.00 |
| 114 | QUINNS FIRST CHOICE CONST | | None | None | 0.00 | 0.00 | 0.00 |
| 115 | RADIOLOGY ASSOCIATES | | None | None | 0.00 | 0.00 | 0.00 |
| 116 | S. E. TAYLOR | | None | None | 0.00 | 0.00 | 0.00 |
| 117 | SUE P. PICKETT | | None | None | 0.00 | 0.00 | 0.00 |
| 118 | TRUE VALUE HARDWARE | | None | None | 0.00 | 0.00 | 0.00 |
| 119 | UVA HEALTH SERVICES FOUND | | None | None | 0.00 | 0.00 | 0.00 |
| 120 | UVA MEDICAL CENTER | | None | None | 0.00 | 0.00 | 0.00 |
| 121 | VERIZON | | None | None | 0.00 | 0.00 | 0.00 |
| 122 | W. O. LAUGHLIN | | None | None | 0.00 | 0.00 | 0.00 |
| 123 | WELLS PAVING | | None | None | 0.00 | 0.00 | 0.00 |
| | | Total Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | Grand Totals: | 2,000.00 | 2,000.00 | 2,000.00 | 0.00 | 0.00 |

Total Paid Claimant: 0.00  
Trustee Allowances: 0.00  
Percent Paid Unsecured: .0000

WHEREFORE, your Petitioner prays that a Final Decree be entered discharging the Trustee and the Trustee's surety from any and all liability on account of the within proceedings, and closing the estate, and for such other relief as is just. Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated: December 12, 2006

/s/ Herbert L. Beskin  
Herbert L. Beskin, Trustee

0514-3P-EPIE3P-00001399-19663

# United States Bankruptcy Court

Lynchburg/Western District of Virginia

In Re:  
DEBORA KAY RANKIN

CASE NO: 06-61284-WA1-13

Certificate of Mailing

DEBORA KAY RANKIN  
1108 ASHLEY DRIVE LYNCHBURG, VA 24501

T. HENRY CLARKE, IV  
311 WEST MAIN ST.    BEDFORD, VA 24523

The undersigned certifies, under penalty of perjury, that a copy of the attached Final Report in the above-entitled case was mailed, in sealed envelopes, bearing first class postal indicia, or was electronically mailed, to the above.

Dated: December 12, 2006        /s/ Herbert L. Beskin

Herbert L. Beskin

Copy for:    Clerk, U.S. Bankruptcy Court  
P.O. Box 6400  
Lynchburg, VA  24505